U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 24 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JAMES C. WETHERBE, PH.D., | § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 5:12-CV-218-A |
| BOB SMITH, PH.D., Individually and in his Official Capacity, ET AL., | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with (1) the court's September 26, 2013 order in the above-captioned action, (2) the November 24, 2014 opinion and judgment of the United States Court of Appeals for the Fifth Circuit in its Case No. 13-11162, styled "James C. Wetherbe, Ph.D., Plaintiff-Appellee, vs. Bob Smith, Ph.D., Individually and in His Official Capacity; Lawrence Schovanec, Ph.D., Individually and in His Official Capacity, Defendants-Appellants," and (3) the order signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action that were asserted by plaintiff, James C. Wetherbe, Ph.D., in the above-captioned action, other than his state-law freedom-of-speech claims under the Texas Constitution against both defendants, Bob Smith, Ph.D. and Lawrence Schovanec, Ph.D., each in his individual capacity and in his official

capacity, be, and are hereby, dismissed with prejudice to the extent that they have not already been finally dismissed with prejudice; and

The court further ORDERS, ADJUDGES, and DECREES that all of plaintiff's state-law freedom-of-speech claims under the Texas Constitution against Bob Smith, Ph.D., individually and in his official capacity, and Lawrence Schovanec, Ph.D., individually and in his official capacity, be, and are hereby, dismissed without prejudice.

SIGNED March 24, 2015.

/s/ John McBryde
JOHN McBRYDE
United States District Judge

2